THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE QUIRIDUMBAY-JEREZ, Appellant. [931 NYS2d 249]—

Since the defendant pleaded guilty with the understanding that he would receive the sentence which was thereafter actually imposed, he has no basis now to complain that the sentence imposed was excessive (*see People v Johnson*, 81 AD3d 663 [2011]; *People v Bunn*, 79 AD3d 1143, 1143-1144 [2010]; *People v Kazepis*, 101 AD2d 816, 817 [1984]). Mastro, J.P., Balkin, Chambers and Sgroi, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTOINE R., Appellant. [931 NYS2d 238]—

The sentence imposed was not excessive (*see People v Mulleavey*, 50 AD3d 826, 827 [2008]; *People v Suitte*, 90 AD2d 80 [1982]). Skelos, J.P., Angiolillo, Lott and Roman, JJ., concur.